SUN OIL COMPANY, RESPONDENT, v. THE ESSEX COUNTY BOARD OF TAXATION AND THE CITY OF NEWARK, AND THE CITY OF JERSEY CITY, INTERVENOR, APPELLANTS.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellants, *James F. X. O'Brien* and *Charles Hershenstein*.

For the respondent, *McCarter & English*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, CASE, DONGES, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFS-KEIL, HAGUE, JJ.   11.

*To remand*—THE CHANCELLOR, 1.